[No. 8818–1–I.  Division One.  January 4, 1982.]

THE STATE OF WASHINGTON, *Appellant*, v. HARRY GREER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80–8–00649–7, Anthony P. Wartnik, J., entered April 23, 1980. *Reversed* and *remanded* by unpublished opinion per James, J., concurred in by Williams and Corbett, JJ.

[No. 7944–1–I.  Division One.  January 4, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE ALFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87549, Stanley C. Soderland, J., entered June 29, 1979. *Affirmed in part* and *remanded* by unpublished opinion per Callow, J., concurred in by Andersen, C.J., and Williams, J.

[No. 8758–4–I.  Division One.  January 4, 1982.]

JOHN I. HAAS IMPORT COMPANY, INC., ET AL, *Appellants*, v. AMERICAN & FOREIGN INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 79–2–04476–8, Frank H. Roberts, Jr., J., entered April 9, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen, C.J., and Durham, J.